```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
ENDURANCE SPECIALTY INSURANCE              23-cv-1831 (JGK)
LIMITED,
                                           ORDER
                Petitioner,

     - against -

HORSESHOE RE LIMITED,

                Respondent.
------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by phone, for a pre-motion conference on **March 16, 2023**, at **12:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:   New York, New York**
**         March 8, 2023**

/s/ John G. Koeltl
**John G. Koeltl**
**United States District Judge**