```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
ENDURANCE SPECIALTY INSURANCE
LIMITED,                                          23-cv-1831 (JGK)

                    Plaintiff,                    ORDER

        - against -

HORSESHOE RE LIMITED,

                    Defendant.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

A telephone conference is scheduled for **March 27, 2023** at **3:00p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.
Dated:    New York, New York
          March 10, 2023

                                    _____/s/ John G. Koeltl_____
                                          John G. Koeltl
                                    United States District Judge