```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ENDURANCE SPECIALTY INSURANCE LIMITED, | 23-cv-1831 (JGK) |
| Petitioner, | ORDER |
| - against - | |
| HORSESHOE RE LIMITED, | |
| Respondent. | |

JOHN G. KOELTL, District Judge:

The respondent may move to dismiss without a pre-motion conference. The motion is due **April 17, 2023**. The response is due **May 12, 2023**. The reply is due **May 24, 2023**.

The conference scheduled for March 27, 2023 is **canceled**.

SO ORDERED.

Dated:   New York, New York
         March 24, 2023

                                    /s/ John G. Koeltl
                                    _____
                                    John G. Koeltl
                                    United States District Judge