**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ENDURANCE SPECIALITY INSURANCE
LIMITED,

                      Petitioner,

    -against-                                             23 **CIVIL** 1831 (JGK)

                                                                   **<ins>JUDGMENT</ins>**

HORSESHOE RE LIMITED, on behalf of
and for the benefit of its Separate
Accounts HS0083 and HS0084,

                    Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 5, 2023, petitioner's motion to remand is denied and the respondent's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

        July 6, 2023

                                                                   **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                        **BY:**

                                                                       **Deputy Clerk**