UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENDURANCE SPECIALTY INSURANCE LIMITED,

        Petitioner,

- against -

HORSESHOE RE LIMITED,

        Respondent.

23-cv-1831 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    This case is dismissed pursuant to the mandate of the Court of Appeals for the Second Circuit dated **May 31, 2024**.

SO ORDERED.

Dated:    New York, New York
           June 3, 2024

                                            John G. Koeltl
                                   United States District Judge